Loretta Griffin, an Infant, by Honora Griffin, Her Guardian ad Litem, Appellant, v. National Licorice Company, a Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Woodward, J., dissented.

Andrew G. Gulliksen, Appellant, v. Johanne Bryn, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the admission in the pleadings and the proofs offered by plaintiff, made out a *prima facie* case. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

James E. Hoy, Plaintiff, v. Thomas F. Hoy, Individually and as Administrator, etc., of Catharine Hoy, Deceased, and Others, Defendants, Impleaded with William J. Hoy and Others, Appellants. Michael J. Walsh, Respondent.— So much of the order as is appealed from is reversed, with ten dollars costs and disbursements, upon the authority of *Roake* v. *Palmer* (119 App. Div. 64) and *Johnson* v. *Ravitch* (113 id. 810), and the proceedings are remitted to the Special Term to take proof of the fair and reasonable value of the services of the respondent Michael J. Walsh to date, for which sum he shall have a lien upon the interest of the appellants herein in the property which is the subject of this action, or in the proceeds of the sale thereof. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Morris Karnitsky, as Assignee, etc., Respondent, v. Cohen, Frank & Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

John C. Kennahan, Respondent, v. The City of New York, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

William H. Kouwenhoven, Respondent, v. Electa Gifford and Others, Defendants, Impleaded with Augusta L. Brindley (Formerly Augusta L. Bettels), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Louis F. Kuntz, Respondent, v. Elizabeth Smithson and Illinois Surety Company, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss the complaint for want of prosecution granted, with costs, upon the grounds, *first*, that the amended complaint does not state facts sufficient to constitute a cause of action, and *second*, that no reasonable excuse is offered for delay in the prosecution thereof. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

Casper N. Lawson, Respondent, v. Brooklyn Taxicab Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.